William P. Clyde and another, Appellants, v.

Pierre L. Pierce, Respondent.—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Dykman, J.